**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 21, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

DANIEL ALBERTO DERAS-PENA;
DIMAS PENA-DERAS,

     Petitioners,

v.

MERRICK B. GARLAND, United States
Attorney General,

     Respondent.

No. 21-9541
(Petition for Review)

_____

### ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the Government's *Unopposed Motion to Remand*, by which it requests that this court remand to the Board of Immigration Appeals ("BIA") for further consideration of Petitioners' claims, in light of the Attorney General's vacatur of *Matter of A-B-*, 28 I. & N. Dec. 199 (A.G. 2021). *See Matter of A-B-*, 28 I. & N. Dec. 307 (A.G. 2021).

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Upon consideration, the motion is granted. This matter is remanded to the BIA for further consideration of Petitioners' claims, in light of the Attorney General's vacatur of *Matter of A-B-*, 28 I. & N. Dec. 199 (A.G. 2021).

This petition for review is dismissed. A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

Per Curiam